UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN DODD,

    Plaintiff,

v.                                              CASE NO: 8:10-cv-1092-T-23TGW

CORPORATE DOES NOS. 1-100, et al.,

    Defendants,
_____/

## **O R D E R**

Pursuant to Local Rule 6.01(c)(18), the plaintiff's "Affidavit of Indigency" (Doc. 2) was referred to the United States Magistrate Judge. On June 28, 2010, the Magistrate Judge issued a report (Doc. 9) construing the document as a motion for leave to proceed in forma pauperis and recommending denial of the motion and dismissal with prejudice. No party objects to the report, and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 9) is **ADOPTED**, the plaintiff's motion (Doc. 13) for leave to proceed in forma pauperis is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on July 16, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE